KYLE KNAPP
State Bar No. 166597
1120 D Street, Suite 100
Sacramento, CA 95814
(916)849-1376

Attorney for Defendant
Sergio Venegas

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 08-MJ8629 |
| Plaintiff, | ) | SUBSTITUTION OF ATTORNEYS |
| | ) | |
| vs. | ) | |
| SERGIO VENEGAS-MARTIN DEL CAMPO | ) | |
| Defendant. | ) | Date: |
| | ) | Time: |
| | ) | Dept: |

As affirmed in open court on July 24, 2008, the defendant has retained Kyle R. Knapp, Attorney at Law and asks that the court relieve Frank Murphy, Esq., appointed to represent Mr. Venegas-Martin Del Campo under the Criminal Justice Act.

Respectfully submitted,

Dated July 28, 2008

Kyle Knapp

Attorney at Law

I agree to the substitution of counsel and ask to be relieved as Counsel for Mr. Venegas.

Dated: July 28, 2008                    /S/_____Frank Murphy_____

Frank Murphy, Esq.

Attorney at Law

- 1 -

1

**ORDER**

2   The above substitution of attorneys is adopted.

3   IT IS SO ORDERED.

4

5   Dated: July ____, 2008                    _____

6                                             PETER C. LEWIS

7                                             UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28